NO. 07-10-0180-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JULY 7, 2010
_____

JERRY R. AVERY, ERIKA CLEVELAND, JOY ELLIOTT,
DONNA MCMILLIAN AND DIANA MELCHER,

Appellants

V.

CITY OF LUBBOCK (LUBBOCK POWER & LIGHT),

Appellee

_____

FROM THE 99th DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2008-454,739; HONORABLE WILLIAM C. SOWDER, PRESIDING
_____

***ORDER DISMISSING APPEAL***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK , JJ.

Appellants have filed a motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Brian Quinn
Chief Justice